[No. 21846–8–I.   Division One.   August 7, 1989.]

*In the Matter of the Detention of*
LONNIE SWANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87-6-02443-6, Terrence A. Carroll, J., entered November 24, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Scholfield, JJ.